FILED

2022 JUN 24  PM 2:38

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Clarence Barefield
_____
Petitioner

v.    Case No. 5:22-CV-294-KKM-PRL
_____
(Supplied by Clerk of Court)

Warden Mr. Salem of Coleman Medium
_____
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: Clarence John Barefield
   (b) Other names you have used: C.J
2. Place of confinement:
   (a) Name of institution: FCI Coleman Medium
   (b) Address: Federal Correction Institute Coleman Medium P.O Box 1032 Coleman, FL 33521
   (c) Your identification number: 16946480
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: US District Court Western District of Texas United States Courthouse 501 W 5th Street Suite 1100 Austin Tx 78701
   (b) Docket number of criminal case: 1:18-CR-00333-LY-5
   (c) Date of sentencing: 5-27-20
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☒ Other (explain): I was denied the RDAP program because I was told I was a drug dealer when in fact I am in here for a money laundering charge I asked for help because I have 4 prior convictions for drugs, so I do need help

6. Provide more information about the decision or action you are challenging: Because drugs lead me to be here.
   (a) Name and location of the agency or court: F.B.O.P Coleman Medium Warden Mr. Salem
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): I was denied the RDAP program, the Feds picked me up from the state on a drug charge so im asking for help but I was denied.
   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: F.B.O.P Coleman Medium Warden Mr. Salem
      (2) Date of filing: 10-21
      (3) Docket number, case number, or opinion number: Unknown
      (4) Result: Denied
      (5) Date of result: 11-21
      (6) Issues raised: Being denied RDAP when I was brought from the state on drug charges to the feds and being in RDAP could lower my recidivism upon completion. As well as keep me from doing or selling drugs

Page 3 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?
☑ Yes            ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: FBOP South Regional Office

(2) Date of filing: 12-21

(3) Docket number, case number, or opinion number: Unknown because paper wasn't Returned

(4) Result: Unknow because they have not responded in 6 months

(5) Date of result: Unknown

(6) Issues raised: Being Denied RDAP when I was in fact brought from the state on Drug charges to the feds and using in RDAP could help lower my recidivism, Noted, I was Denied because Ms Arbutina said just because im a drug dealer doest mean I need drug classes! when in fact I sale time to time to support my habit at times.

(b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☑ Yes            ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Washington DC

(2) Date of filing: 2-22

(3) Docket number, case number, or opinion number: Unknow

(4) Result: Unknown because my filings were Not Returned

(5) Date of result: Unknown

(6) Issues raised: Being denied RDAP when I was brought from the state on a drug charge, so I put in for the class to lower my Recidivism

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

     (b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

     In this petition, are you challenging the validity of your conviction or sentence as imposed?

     ☐ Yes     ☒ No

     If "Yes," answer the following:

     (a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

          ☐ Yes     ☐ No

          If "Yes," provide:

          (1) Name of court:
          (2) Case number:
          (3) Date of filing:
          (4) Result:
          (5) Date of result:
          (6) Issues raised:

     (b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

          ☐ Yes     ☐ No

          If "Yes," provide:

          (1) Name of court:
          (2) Case number:
          (3) Date of filing:
          (4) Result:
          (5) Date of result:
          (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

_____
_____
_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes   ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____
_____
_____
_____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: I Do qualify for the F.S.A and R.DAP is apart of that, So I was Denied RDAP Because I was told that I was a Drug Dealer and that was Not a Reason to be in RDAP but RDAP could lower My Recidivism.

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (c)     Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☒ No

If "Yes," provide:

(a)      Date you were taken into immigration custody: _____
(b)      Date of the removal or reinstatement order: _____
(c)      Did you file an appeal with the Board of Immigration Appeals?

     ☐ Yes      ☐ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d)      Did you appeal the decision to the United States Court of Appeals?

     ☐ Yes      ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

RDAP has been showed to lower my Recidivism per FSA 2018, and I was in State on Drug Charges before my Federal Conviction and I have a history of Drug use and problems as shown in my P.S.R.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes          ☐ No

**GROUND TWO:** N-A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:** N-A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N-A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N-A

**Request for Relief**

15. State exactly what you want the court to do: To be put in a RDAP class that has an open space closer to my home because I am over 500 miles away from home already I have no write ups at all. I need the class to lower my Recedivism, and teach me how to stay away from Drugs.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: 10-7-22

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 6-7-22

Signature of Petitioner

Signature of Attorney or other authorized person, if any